UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY LENISE COOK,

              Plaintiff,                CIVIL NO. 10-14484

vs.

                             HON.  PAUL D. BORMAN

EXPERIAN, EQUIFAX,
TRANS UNION,                  UNITED STATES DISTRICT JUDGE

              Defendans.
_____/

### ORDER TO PROVIDE CORRECT ADDRESSES FOR DEFENDANTS

This is a Pro Se Truth in Lending case.   Plaintiff sought and was granted *in forma pauperis* status.  Upon review of the record, the court notes that service of the complaint was returned unexecuted as to ALL DEFENDANTS.

Therefore, **IT IS ORDERED** that plaintiff provide the Court with the correct name, title and address of the above-named defendants  so that service can again be processed.   Plaintiff is to provide this information to the Court in writing  no later than **March 14, 2011** or the case may be dismissed for lack of prosecution.

SO ORDERED.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 16, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 16, 2011.

s/Denise Goodine
Case Manager